UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROSA MITCHELL,

    Plaintiff

v.	Case No.:

THE UNITED STATES OF AMERICA,

    Defendant.

_____/

## COMPLAINT

The Plaintiff, ROSA MITCHELL, files suit against the Defendant, THE UNITED STATES OF AMERICA, and states the following:

1. TIFFANY RACHELLE TAYLOR was an employee of the United States of America, Department of the Navy at the time of the motor vehicle crash which occurred on October 8, 2019.

2. At all material times, TIFFANY RACHELLE TAYLOR, worked for the United States of America, Department of the Navy.

3. At all material times, TIFFANY RACHELLE TAYLOR, was acting within the course and scope of her employment with the United States of America, Department of the Navy.

4. The Plaintiff's actions against the United States of America for money damages arise under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 28 U.S.C. § 2401 and 28 U.S.C. §§ 2671-2680 (hereinafter "FTCA").

5. The Plaintiff has complied with the pre-suit requirements for filing a lawsuit pursuant to the FTCA:

A. By timely presenting her administrative claim to the United States of America, Department of the Navy on May 11, 2021, which was received by the United States of America, Department of the Navy on June 9, 2021 (attached hereto as Exhibits "A" and "B").

B. By the United States of America, Department of the Navy, not making a final disposition of her claim within six months of June 9, 2021, which operates as a denial of her claim by the United States of America, Department of the Navy, (see December 2, 2021, letter from the United States of America, Department of the Navy, attached hereto as Exhibit "C").

6. The Plaintiff resides in Jacksonville, Duval County, Florida.

7. The acts or omissions giving rise to the Plaintiff's claim occurred in Jacksonville, Duval County, Florida.

8. The substantive law of the place where the acts or omissions giving rise to the Plaintiff's claim occurred is the law of the State of Florida.

9. On or about October 8, 2019, TIFFANY RACHELLE TAYLOR operated a motor vehicle at or near the intersection of Yorktown Avenue and Mustin Road, in Jacksonville, Duval County, Florida.

10. TIFFANY RACHELLE TAYLOR owed others, including ROSA MITCHELL, a duty to exercise reasonable care in the operation and/or maintenance of a motor vehicle to avoid foreseeable injury.

11. TIFFANY RACHELLE TAYLOR breached her duty of reasonable care by negligently operating and/or maintaining the motor vehicle she was driving at the time of the subject motor vehicle crash and struck the vehicle in which the Plaintiff, ROSA MITCHELL, was driving.

12. The negligence of TIFFANY RACHELLE TAYLOR caused injury to ROSA MITCHELL.

13. TIFFANY RACHELLE TAYLOR knew, or in the exercise of reasonable care should have known, that the negligent operation and/or maintenance of the motor vehicle she was driving could cause injury to others, including ROSA MITCHELL.

14. As a direct and proximate result of the negligence of TIFFANY RACHELLE TAYLOR, ROSA MITCHELL suffered damage to her vehicle, which cost $5,301.30 to repair.

15. As a direct and proximate result of the negligence of TIFFANY RACHELLE TAYLOR, ROSA MITCHELL suffered bodily injury, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity to enjoy life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and she will suffer the losses and impairment in the future.

WHEREFORE, ROSA MITCHELL, demands judgment against the UNITED STATES OF AMERICA, in excess of $75,000.00, together with costs of

this action, as well as any other relief this Court deems just and proper.

Submitted this 18th day of February, 2022.

**COKER LAW**

*/s/ Matthew N. Posgay*

_____
**MATTHEW N. POSGAY**
Florida Bar No.: 0046590
136 E. Bay Street
Jacksonville, FL 32202
Telephone:   (904) 356-6071
Facsimile:    (904) 353-2425
MNP@cokerlaw.com
SML@cokerlaw.com
CEB@cokerlaw.com

**LAW OFFICES OF**
**JOHN S. KALIL, P.A.**

*/s/ John S. Kalil*_____
**JOHN S. KALIL, ESQUIRE**
Florida Bar No.: 243061
**LAUREN G. TODD, ESQUIRE**
Florida Bar No.: 117980
6817 Southpoint Pkwy, #1402
Jacksonville, FL 32216
Phone: (904) 355-3311
pleadings@akjaxlaw.com
jkalil@akjaxlaw.com

***Counsel for Plaintiff***